EDWIN J. ANHALT, Appellant, v. LEONARD L. STEIN and CARL KAUFMAN, Respondents. (Action No. 3 — Appeal No. 1.) — Order granting defendants' motion for examination of plaintiff before trial, in so far as appealed from, modified by striking item II from the notice of examination, and as so modified affirmed,

without costs. No opinion. Young, Lazansky, Hagarty, Seeger and Carswell, JJ., concur.